IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EMANUEL BELL, JR.,

    Plaintiff,
v.                                            CASE NO. 1:20-cv-152-AW-GRJ

OFFICER COREY SHORT,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 and has been granted leave to proceed as a pauper.  ECF Nos. 1, 6.  At the time the case was filed, Plaintiff was an inmate at the Alachua County Jail, and the Complaint stems from an incident that occurred at the jail in March 2020.  ECF No. 1.  After screening the Complaint under 28 U.S.C. § 1915(e), the Court ordered service of the Complaint upon the sole defendant, Officer Corey Short.  ECF No. 7.

In response to the Complaint, on September 21, 2020, Officer Short filed a motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).  When Plaintiff failed to respond to the motion to dismiss, the Court ordered him to show cause on or before November 23, 2020, as to

why the Complaint should not be dismissed.  ECF No. 12.  As of this date, Plaintiff has not responded to the show cause order.  Plaintiff has filed nothing in this case since the original complaint.

Further, a review of the Alachua County Jail's online inmate directory reflects that Plaintiff is no longer confined at the jail.  Plaintiff has not filed a change of address with the Court.  He previously was cautioned "to keep the Clerk of Court advised of any change in his mailing address should he be transferred, released from prison, or otherwise relocated. Failure to do so may result in the dismissal of Plaintiff's action for failure to prosecute if court orders are not able to reach Plaintiff."

In view of the foregoing, it appears that Plaintiff has abandoned this case.  Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS**  this 10th day of December 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Page 3 of 3*

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.