IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**EMANUEL BELL, JR.,**

    **Plaintiff,**

**v.**                                           **Case No. 1:20-cv-152-AW-GRJ**

**COREY SHORT, et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's Report and Recommendation (ECF No. 13), to which no objections have been filed. I agree with the magistrate judge's conclusions, and the Report and Recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says "This case is dismissed for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on January 14, 2021.

                                                  s/ *Allen Winsor*
                                                  United States District Judge